UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMICA CARTER,

Plaintiff,

v. Case No: 8:26-cv-00488-JLB-SPF

NRA GROUP LLC,

Defendant.
_______________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 15), recommending that Plaintiff Jamica Carter's motion for default judgment (Doc. 14) be granted. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff Jamica Carter's motion for default judgment (Doc. 14) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** to enter final default judgment against Defendant in the amount of $250.00. Plaintiff is to be awarded attorneys' fees in the amount of $2,655.00 and costs in the amount of $460.00.

4. The Clerk of the Court is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the file.

**IT IS SO ORDERED** in Tampa, Florida, on October 14, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE